IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PENOVIA LLC,**<br><br>                    Plaintiff,<br>**v.**<br><br>**ACTIONTEC ELECTRONICS, INC.,**<br><br>                    Defendant. | Case No. 2:13-cv-770<br><br>**CONSOLIDATED CASE**<br><br>**LEAD CASE** |
| **PENOVIA LLC,**<br><br>                    Plaintiff,<br>v.<br><br>**NETGEAR, INC.,**<br><br>                    Defendant. | Case No. 2:13-cv-777<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN
PLAINTIFF PENOVIA LLC AND DEFENDANT NETGEAR, INC.**

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff Penovia LLC ("Penovia") and Defendant Netgear, Inc. ("Netgear"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted by Penovia against Netgear are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 9th day of April, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE